## IN THE UNITED DISTRICT COURT OF ARKANSAS
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**FRANCES VIRGINIA MOON**                                                  **PLAINTIFF**

**VS.**                        **CASE NO. 2:20-CV-140 BSM**

**MISSISSIPPI DOUBLE QUICK, INC.,**
**JOHN DOES A-Z, said designation**
**Representing those Individuals, management**
**Corporation/companies or other who has an interest**
**In Mississippi Double Quick, Inc. subjecting**
**them/it to liability as a separate judicial entity**
**for the act of negligence and/or fault alleged herein**                 **DEFENDANTS**

## MOTION FOR NON-SUIT

Comes now Michael D. Ray as attorney for Frances Virginia Moon and does request that this Court grant a Non-Suit in this case.

1. Plaintiff through her counsel has elected at this time to move for non-suit.

2. Plaintiff respectfully requests this matter be dismissed without prejudice.

3. Wherefore Plaintiff prays this Court shall accept and grant her Motion.

Respectfully Submitted,
Frances Virginia Moon, Plaintiff

By: _____
Michael D. Ray
Attorney at Law
PO Box 1123
Crossett, AR 71635
870-364-5176 phone
870-364-6503 fax
mdray@windstream.net

## CERTIFICATE OF SERVICE

I, Michael D. Ray, Attorney for Plaintiff, Frances Virginia Moon, certify that a true and correct copy of the Motion for Non-Suit has been served by regular prepaid United States Mail on the following: James D. Robertson, Barber Law Firm, 425 W. Capitol Avenue, Suite 3400, Little Rock, Arkansas, 72201, on this 28th day of January, 2021.

Michael D. Ray