# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**FRANCES VIRGINIA MOON**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 2:20-CV-00140-BSM**

**MISSISSIPPI DOUBLE QUICK, INC.,** *et al.*                           **DEFENDANTS**

## ORDER

Frances Moon's motion for voluntary dismissal [Doc. No. 10] is granted, and this case is dismissed without prejudice. Fed. R. Civ. P. 41(a).

IT IS SO ORDERED this 3rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE