IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRANCES VIRGINIA MOON**                                                                         **PLAINTIFF**

v.                                          **CASE NO. 2:20-CV-00140-BSM**

**MISSISSIPPI DOUBLE QUICK, INC.,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE